THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* C. EDWARD SCOTTI, Appellant.

Argued November 20, 1944; decided December 30, 1944.

header

*I. Maurice Wormser, Edward J. Fontana* and *C. Joseph Danahy* for appellant.

*Frank S. Hogan, District Attorney (Ferdinand J. Wolf* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.